IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GARY L. YODER, | : | |
| | : | DOCKET NO.: 16-13654-REF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | OBJECTION TO PLAN |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | SEPTEMBER 1, 2016 @ 9:00 A.M. |
| v. | : | |
| | : | |
| GARY L. YODER, | : | |
| | : | RELATED TO DOCKET NO.: 31 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on August 3, 2016, by:

**16-13654-REF Notice will be electronically mailed to:**

Joseph T. Bambrick, Jr. at NO1JTB@juno.com

Joshua Isaac Goldman at bkgroup@kmllawgroup.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

2

United States Trustee at ustpregion03.PH.ECF@usdoj.gov

**16-13654-REF Notice will not be electronically mailed to:**

Orion
c/o Recovery Management Systems
  Corporation
Suite 1120
25 SE Second Avenue
Miami, FL  33131-1605

EXECUTED ON:  August 4, 2016

                                                  Respectfully submitted by,


                                      By:    /s/ Joseph J. Swartz
                                                    Counsel
                                                    PA Department of Revenue
                                                    Office of Chief Counsel
                                                    P.O. Box 281061
                                                    Harrisburg, PA 17128-1061
                                                    PA Attorney I.D.:  309233
                                                    Phone: (717) 346-4645
                                                    Facsimile: (717) 772-1459
                                                    JoseSwartz@pa.gov