IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gary L. Yoder | | CHAPTER 13 |
| | Debtor | |
| BANK OF AMERICA, N.A. | Movant | |
| vs. | | NO. 16-13654 REF |
| Gary L. Yoder | Debtor | |
| Frederick L. Reigle Esq. | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this _11_ day of _August_, 2016 it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 21 Ridge Drive, Fleetwood, PA 19522 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies ~~including, but not limited to, proceeding with the ejectment action. Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action.~~

_____
BJ.

cc: See attached service list