UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
 :
   GARY L. YODER : Bankruptcy No. 16-13654REF

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred *for six months* from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Joseph T. Bambrick, Jr., Esq.
529 Reading Avenue, Suite K
West Reading, PA 19611

Gary L Yoder
21 Ridge Drive
Fleetwood, PA 19522

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107